# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2025-2090

**Short Case Caption** Giorgio Foods, Inc. v. United States

**Filing Party/Entity** Plaintiff-Appellant Giorgio Foods, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Direct Appeal from the U.S. Court of International Trade of: Giorgio Foods, Inc. v. United States, CIT Ct. No. 23-00133 (action challenging the U.S. Department of Commerce's final determination in Certain Preserved Mushrooms From the Netherlands: Final Affirmative Determination of Sales at Less Than Fair Value, 88 Fed. Reg. 18,115 (Mar. 27, 2023)).

☐　　Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

See "Additional Page"

☑   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

See "Additional Page"

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: September 22, 2025

Signature: /s/ John M. Herrmann

Name: John M. Herrmann

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Additional Page to Notice of Related Case Information (Form 9A)**

**2. Names of all parties involved in the cases listed above**. Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Giorgio Foods, Inc.

Prochamp B.V.

United States

**3. Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners and associates. Do not relist the case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

**Kelley Drye & Warren LLP**
John M. Herrmann
Paul C. Rosenthal
Joshua R. Morey
Julia A. Fox

**Fox Rothschild LLP**
Lizbeth R. Levinson
Alexander Douglas Keyser
Brittney Renee Powell

**United States**
Daniel Bertoni
Alexander Paul Fried
Ruslan N. Klafehn